# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAILEY ALEXIA PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>RAMANJIT SINGH, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-01650-RFB-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by November 15, 2024.

IT IS SO ORDERED.

Dated: November 13, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1