# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAILEY ALEXIA PEREZ,<br><br>        Plaintiff,<br><br>v.<br><br>RAMANJIT SINGH, *et al.*,<br><br>        Defendants. | Case No. 2:24-cv-01650-RFB-NJK<br><br>**Order**<br><br>[Docket No. 12] |

Defendants filed a notice of service of discovery on the Docket. Docket No. 12. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. *See, e.g.*, Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced documents, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: November 18, 2024

_____
Nancy J. Koppe
United States Magistrate Judge