# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HAILEY ALEXIA PEREZ,

    Plaintiff(s),

v.

RAMANJIT SINGH, et al.,

    Defendant(s).

Case No. 2:24-cv-01650-RFB-NJK

**ORDER**

[Docket Nos. 16, 17]

    Pending before the Court is an amended stipulation to file an amended complaint, Docket No. 17, which is **GRANTED**. Plaintiff must promptly file and serve the amended complaint. Local Rule 15-1(b). In light of the above, the initial stipulation to file an amended complaint (Docket No. 16) is **DENIED** as moot. The Clerk's Office is **INSTRUCTED** to update the docket to change Defendant "Singh Ramanjit" to "Ramanjit Singh."

    IT IS SO ORDERED.

    Dated: January 14, 2025

                                                                 Nancy J. Koppe
United States Magistrate Judge