COLT B. DODRILL
Nevada Bar No. 9000
KIMBERLY A. NELSON
Nevada Bar No. 15295
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89119
(702) 727-1400; FAX (702) 727-1401
colt.dodrill@wilsonelser.com
kimberly.nelson@wilsonelser.com
*Attorneys for Defendants Ramanjit Singh
and Wagon Wheel Xpress LTD*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HAILEY ALEXIA PEREZ, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>RAMANJIT SINGH; WAGON WHEEL XPRESS LTD; DOES I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.   2:24-CV-01650-RFB-NJK<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss with prejudice, each to bear their own fees and costs. No trial date was scheduled.

| | |
|---|---|
| DE CASTROVERDE LAW GROUP<br><br>BY: /s/ Millie Mummery<br>MILLIE MUMMERY, ESQ.<br>Nevada Bar No. 16594<br>Attorneys for Hailey Alexia Perez | WILSON ELSER<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br><br>BY: *Kimberly A. Nelson*<br>COLT B. DODRILL<br>Nevada Bar No. 9000<br>KIMBERLY A. NELSON<br>Nevada Bar No. 15295<br>Attorneys for Defendants Ramanjit Singh and Wagon Wheel Xpress LTD |
| **IT IS SO ORDERED.**<br><br>**DATED** this 2nd day of July, 2025. | *[signature]*<br>RICHARD F. BOULWARE, II<br>UNITED STATES DISTRICT JUDGE |

309022281v.2